IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARK E. JOWERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 03-0164-CG-B** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and the Defendant having no objection, the recommendation of the Magistrate Judge dated May 13, 2005, is **ADOPTED** as the opinion of this Court. It therefore is **ORDERED** that the Plaintiff's unopposed Motion for Award of Attorney's Fees under the Equal Access to Justice Act (Doc. 28) is **GRANTED.** The award is hereby limited to the EAJA rate of $125.00 per hour, thereby resulting in an award of $375.00 for 3 attorney hours representing Plaintiff in connection with this action.

**DONE and ORDERED** this 6th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Callie V. S. Granade
　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**